UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR ISABEL VELA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES BRECKENRIDGE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-01259-KES-BAM<br><br>**ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS**<br><br>(Doc. 2) |

　　　　Plaintiff Pastor Isabel Vela ("Plaintiff"), proceeding pro se, filed this action on September 23, 2025. (Doc. 1.) Plaintiff has not paid the filing fee in this action and instead has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)

　　　　Plaintiff's form application is not complete, contains numerous blanks, and lacks basic information. For example, Plaintiff lists an employer address and gross pay/wages of $700.00 "in love offerings for pastoral duties," but does not specify an employer or identify take-home pay or wages. Additionally, Plaintiff fails to identify whether she has received income in the past twelve months from any other sources and fails to identify if she has money in cash, checking, or a savings account. (*Id.* at 1-2.) Absent this basic information, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees or costs.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the

1

attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $405.00 filing fee for this action.

2. No extension of time will be granted without a showing of good cause.

3. <u>The failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**November 5, 2025**__           /s/ *Barbara A. McAuliffe*
                                                                                  UNITED STATES MAGISTRATE JUDGE

2