**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PASTOR ISABEL VELA, | Case No. 1:25-cv-1259 KES FRS (SKO) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| BRECKENRIDGE, et al., | |
| Defendants. | (Doc. 6) |

Pastor Isabel Vela initiated this action by filing a complaint and motion to proceed in forma paupers. The motion to proceed in forma pauperis was not complete and lacked basic information. *See* Doc. 2. The court ordered Vela to provide a complete application or pay the filing fee to proceed with the action. Doc. 5. After Vela failed to respond, the magistrate judge determined that Vela failed to comply with the court's order and failed to prosecute the matter. Doc. 6. The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan,* 779 F.2d 1421, 1423 (9th Cir. 1986). *Id.* at 1-3.

On December 16, 2025, the court served the findings and recommendations on Vela and notified her that any objections were due within 14 days. Doc. 6 at 3. The court also advised that failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Vela did not file objections, and the

1

time to do so has passed.  To date, Vela has neither filed a complete application to proceed in forma pauperis nor paid the filing fee.

In accordance with 28 U.S.C. § 636(b)(1), the court performed a de novo review of this case.  Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.  The court **ORDERS**:

1. The findings and recommendations dated December 16, 2025 (Doc. 6) are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute the action and failure to comply with the court's order.

3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:    March 2, 2026    _____
                                                    UNITED STATES DISTRICT JUDGE

2